| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2008 | Report Required by the Ethics in Government Act of 1978 (5 U.S C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| McKee, Theodore A. | Third Circuit | 09/10/2009 |

| 4. Title (Article III judges indicate active or senior status, magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Judge | ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final | 01/01/2008 to 12/31/2008 |
| | 5b. ☐ Amended Report | |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 20614 U.S. Courthouse 601 Market St. Philadelphia, Pa. 19106 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. GENERAL PARTNER | PUJKEE ASSOCIATES (see section viii) |
| 2. DIRECTOR | FOX CHASE CANCER CENTER |
| 3. ADVISORY BOARD | CITY YEAR OF GREATER PHILADELPHIA |
| 4 TRUSTEE | TEMPLE UNIVERSITY |
| 5 TRUSTEE | SYRACUSE UNIVERSITY |
| 6. BOARD OF VISITORS | TEMPLE LUNIVERSITY LAW SCHOOL |
| 7 BOARD OF VISITORS (Honorary Member) | SYRACUSE UNIVERSITY SCHOOL OF LAW |
| 8. BOARD OF DIRECTORS | VERA INSTITUTE OF JUSTICE |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3 | |

RECEIVED 2009 SEP 10 A 10: 57

McKee, Theodore A

| Name of Person Reporting | | Date of Report |
|---|---|---|
| McKee, Theodore A. | -- | 09/10/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2008 | ADMINISTRATIVE OFFICE OF PA. COURTS | $12,000 |
| 2. | | |
| 3 | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1 2008 | UNIVERSITY OF PA. - PRESBYTERIAN MEDICAL CENTER ▇▇▇▇ |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *— transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children, see pp 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. ADDITIONAL INFORMATON IN SECTION VIII. | | | | |
| 2 Vera Institute of Justice | January 10 | New York | Attend Board Meeting | $263 00 reimbursed for travel |
| 3. DRI | February 27-29 | Orlando Florida | Panel presentation on app | $910.00 Stipend for participation in panel and program addressing appeallate advoacay and brief writing |
| 4. Vera Institute of Justice | Ap,ril 3, 2008 | NYC | Attend Board Meeting | $169 00 train fare reimbursement |
| 5 Syracuse University | April 10-11, 2008 | Syracuse New York | Moot Court finals | $230.00 reimburse air fare |
| 6. Vera Institute of Justice | June 17, 2008 | New York City | Board Meeting | $204.00 reimburse for travel |

| | | | | |
|---|---|---|---|---|
| 7. FJC National Sentencing Institute | June 23-24 | Long Beach California | Meeting related to CLC | $1,973.70 Transportation and lodging |
| 8. Vera Institute of Justice | September 23-24 | New York City | Attend Board Meeting | $222. Transportation |
| 9. Just The Beginning Foundation | September 25-26 | Washington, D.C. | Semi Annual Meeting | $188.00 partial reimbursemnet for conf registration |
| 10 FJC | November 5-7 | Washington, D.C. | Judges' Symposium | $832.62 Transportation and Lodging |
| 11 ABA | December 8-9 | Washington, D.C. | ABA Commission Meeting | $631.82 Transportation and Lodging |
| 12 FJC | December 15-17 | Sarasota Florida | CLC Meeting | $963 51 Transportation and Lodging |
| 13. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKee, Theodore A. | 09/10/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5 | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1 COMMERCIAL BANK | EQUITY LINE OF CREDIT | M |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKee, Theodore A. | 09/10/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. SEE SECTION VIII ADDITIONAL NFORMATION | | | | | | | | | |
| 2. CELG CELGENE CORP COM | A | Dividend | J | T | Buy | 2/27 | J | | |
| 3. CARDINAL HEALTH INC | A | Dividend | J | T | | | | | |
| 4. CENTURYTEL INC - CTL | A | Dividend | J | T | Buy | 5/9 | J | | |
| 5 DR HORTON COM STOCK | A | Dividend | | | Sold | 10/10 | J | A | |
| 6. COCA COLA | A | Dividend | J | T | | | | | |
| 7. DOMINI SOCIAL INDEX FUND | A | Dividend | J | T | Buy | 10/10 | J | | |
| 8 DOMINI SOCIAL INDEX FUND | A | Dividend | J | T | Buy | 12/12 | J | | |
| 9 DPL INC; DPL | A | Dividend | J | T | Buy | 2/27 | J | | |
| 10 EDISON INTL CALIF | A | Dividend | J | T | Sold | 5/9 | J | | |
| 11 EMBARQ CORP | A | Dividend | J | T | Buy | 5/9 | J | | |
| 12. ENTERGY CORP | A | Dividend | J | T | Sold | 5/9 | J | | |
| 13. EXCELON CORP | A | Dividend | J | T | Sold | 5/9 | J | | |
| 14. FIRSTENERGY CORP, FE | A | Dividend | J | T | Buy | 2/27 | J | | |
| 15 IDEARC INC | A | Dividend | J | T | | | | | |
| 16. Fianncial Sector SPDRs (XLF) | A | Dividend | J | T | Buy | 10/14 | J | | |
| 17. ILLUMINA INC COM | A | Dividend | J | T | Buy | 8/13 | J | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKee, Theodore A. | 09/10/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g, div., rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18 GENERAL ELECTRIC | A | Dividend | J | T | Buy | 3/19 | J | | |
| 19. INTEL | A | Dividend | J | T | | | | | |
| 20 JOHNSON & JOHNSON | A | Dividend | J | T | | | | | |
| 21 LENNAR CORP | A | Dividend | J | T | | | | | |
| 22. MEMC ELECTR MATLS INC | A | Dividend | J | T | Buy | 8/13 | J | | |
| 23. MERCK | A | Dividend | J | T | | | | | |
| 24. REBOK | A | Dividend | J | T | | | | | |
| 25. PAX WORLD SOCIAL FUND | A | Dividend | J | T | | | | | |
| 26. PG7 E CORP | A | Dividend | J | T | Buy | 2/27 | J | | |
| 27. PHARMACEUTICAL PROD DEV | A | Dividend | J | T | | | | | |
| 28. QUALCOMM | A | Dividend | J | T | Buy | 5/9 | J | | |
| 29. SLM CORP | A | Dividend | J | T | | | | | |
| 30. SSGA TUCKERMN REIT MUTUAL FUND | A | Dividend | J | T | | | | | |
| 31. STAPLES | A | Dividend | J | T | | | | | |
| 32 VERIZON | A | Dividend | J | T | | | | | |
| 33. WHOLE FOODS MARKET | A | Dividend | J | T | | | | | |
| 34 BEN AND JERRY'S | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKee, Theodore A. | 09/10/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. APOLLO GROUP | A | Dividend | J | T | Sold | 3/19 | J | A | |
| 36 DRESHNER RCM BIOTECK FUND | A | Dividend | J | T | | | | | |
| 37 CITIZENS CORE GROWTH FUND | A | Dividend | J | T | | | | | |
| 38. CITIZENS EMERGING GROWH FUND | A | Dividend | J | T | | | | | |
| 39. CITIZENS GLOBAL EQUITY FUND | A | Dividend | J | T | | | | | |
| 40 MFS EMERGING GROWTH FUND | A | Dividend | J | T | | | | | |
| 41. CISCO | A | Dividend | J | T | | | | | |
| 42. CELEGENE CORP | A | Dividend | J | T | Buy | 2/27 | J | | |
| 43. DOLLAR TREE STORES INC | A | Dividend | J | T | BUY | 6/13 | J | | |
| 44. DTE ENERGEY CO | A | Dividend | | | BUY | 4/12 | J | | |
| 45. DOMINION RESOURCES INCA | A | Dividend | J | T | Sold (part) | 2/27 | J | A | |
| 46 AFLAC | A | Dividend | J | T | Buy | 2/27 | J | | |
| 47 AFLAC | A | Dividend | J | T | Sold | 8/13 | J | A | |
| 48 DUKE ENERGO | A | Dividend | J | T | Sold (part) | 2/27 | J | A | |
| 49. DUKE ENERGY | A | Dividend | J | T | Buy | 5/9 | J | | |
| 50 DUKE ENERGY | A | Dividend | J | T | Buy | 5/9 | J | | |
| 51. DPL INC EXECUTED | A | Dividend | J | T | Buy | 2/27 | J | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKee, Theodore A. | 09/10/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. EDISON INTL CALIF | A | Dividend | J | T | Sold | 5/14 | J | A | |
| 53. EMBARQ | A | Dividend | J | T | Buy | 5/14 | J | | |
| 54. ENERGY EAST CORP COM STOCK SEE § VIII | A | Dividend | J | T | | | | | |
| 55 ENTERGY CORP | A | Dividend | J | T | Sold | 5/9 | J | A | |
| 56. EXELON CORP | A | Dividend | J | T | BUY | 1/16 | J | | |
| 57. EXELON CORP | A | Dividend | J | T | Buy | 2/27 | J | | |
| 58 EXELON CORP | A | Dividend | J | T | Sold | 5/9 | J | A | |
| 59. FPLFPL GROUP INC | A | Dividend | J | T | Buy | 2/27 | J | | |
| 60. FLOUR CORP NEW DEL COM | A | Distribution | J | T | Buy | 3/25 | J | | |
| 61. GENERAL ELECTRIC | A | Dividend | J | T | Buy | 3/19 | J | | |
| 62. PINNACLE WEST | A | Dividend | J | T | Sold | 2/27 | J | A | |
| 63. NORTHEAST UTILITIES - SEE § VIII | A | Dividend | J | T | | | | | |
| 64. PINNACLE WEST CAP | A | Dividend | | | BUY | 3/2 | J | | |
| 65. PINNACLE WEST CAP CORP | A | Dividend | J | T | | | | | |
| 66 PNM RESOURCES INC | A | Dividend | | | BUY | 5/19 | J | | |
| 67. PG&E | A | Dividend | J | T | Sold | 2/27 | J | A | |
| 68. PNM RESOURCES INC | A | Royalty | J | T | | | | | |

| 1 Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKee, Theodore A. . | 09/10/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86 | SEE SECTION VIII FOR ADDITIONA I NFORMATION | | | | | | | | | |
| 87. | | | | | | | | | | |
| 88. | | | | | | | | | | |
| 89. | | | | | | | | | | |
| 90. | | | | | | | | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

As I have explained in prior reports, the "Pujkee Assoc" limited partnership referred to in Part I is an informal partnership consisting of ██████████ It is not a "for profit" enterprise

Additional information can be provided if necessary, upon request.

Part IV - Reimbursements. I received reimbursement for money paid to register and attend the Judicial Retreat in October, 2008 - I did not attend due to illness. My payment of $453.00 was refunded but I am listing it under "reimbursements."
   In addition, when I ran the "audit" feature on this section, it returned several errors informing me that the "value of travel reimbursed should not be reported." However, in past years when I omitted that information, I was informed that it had to be included. Accordingly, I am erring on the side of including it

---

While reviewing prior statements from an IRA account, and a small account which is not actively traded in preparation of this year's report, I discovered that we have some investments that should have been reported on previous reports. Please accept this addendum to the respective reports as an amendment to each as follows:

2003, Section VII - Investments

| DESCRIPTION OF ASSETS REPORTING PERIOD | INCOME | GROSS VALUE AT END OF PERIOD | TRANSACTIONS DURING |
|---|---|---|---|
| AMERICAN WASHINGTON MUT, AWSHX | A.    J. - T METHOD | PURCHASED 10/23/2002 VALUE - J | |
| AEPGX AMERICAN EURO PACIFIC | A. J. METHOD | PURCHASED 12/17/1999 VALUE - J | |
| CALVERT INCOME FUND C, CIFCX | A    J. - METHOD | PURCHASED 8/15/2005    VALUE - J | |
| FRANKLIN FLOATING RATE, FCFRX | A  J - METHOD | PURCHASED 8/15/2005    VALUE - J | |
| AEPCX AMERICAN EURO PACIFIC | A. J - METHOD | PURCHASED 8/15/2005  VALUE - J | |
| JCVCX JOHN HANCOCK CLASSIC | A    J - METHOD | PURCHAESD 8/15/2005  VALUE - J | |
| DPSCX DREYFUS STRUCTURED | A. J - METHOD | PURCHASED 8/15/ 2005 VALUE - J | |
| BRECX    A.    J - METHOD BLACKROCK INTL OPP | | PURCHASED 8/15/2005  VALUE - J | |
| AEPFX AMERICAN EURO PACIFIC | A    J - METHOD | PURCHASED 11/08/2000   VALUE - J | |
| PROCTER & GAMBLE CO, PG | A.    J. METHOD | PURCHASED 2/7/2006  VALUE - J | |
| LMT LOCKHEED MARTIN CORP | A.    J. METHOD | PURCHASED 12/19/2007 VALUE - J | |
| TRANSOCEAN LTD, RIG | A.    J. METHOD | PURCHASED 4/12/2007  VALUE - J | |
| ADBE ADOBE SYS DEL PV$ 0 001 | A    J - METHOD | PURCHASED 11/9/2005 VALUE - J | |
| PEPSICO INC, PEP | A    J - METHOD | PURCHASED 1/10/2006  VALUE - J | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKee, Theodore A. | 09/10/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

EXPRESS SCRIPTS INC COM, ESRX     A.    J - METHOD     PURCHASED 12/19/2007  VALUE - J

CMS ENERGY CORP, CMS     A    J - METHOD     PURCHASED 10/31/2007  VALUE - J

PPL
PPL CORPORATION     A.    J- METHOD     PURCHASED 5/19/2005 VALUE - J

LNT
ALLIANT ENERGY CORP     A    J METHOD     PURCHASED 4/12/2007 VALUE - J

CL
COLGATE PALMOLIVE     A.    J. METHOD     PURCHASED 6/9/2006 VALUE - J

---

LINE 86 I HAVE FILLED THIS REPORT OUT TO THE BEST OF MY INFORMATION AND BELIEF WHEN COMPLETING IT. IN ADDITION, I HAVE CONTACTED ████████ BROKER TO TRY TO ENSURE THE ACCURACY OF INFORMATION PERTAINING TO TRADES IN HER ACCOUNT. HOWEVER, THE VAST MAJORITY OF EQUITIES TRADED IN 2008 (AND MOST PRIOR YEARS) WERE IN ███████ IRA ACCOUNT. THAT ACCOUNT IS HANDLED THROUGH A SYSTEM OF TRADES THAT ARE BASED ON A FORMULA DRIVEN BY VARIOUS MARKET INDICATORS. THE INFORMATION FOR THAT ACCOUNT (AND OTHERS HELD WITH THIS BROKER ARE NOT ACCESSIBLE MORE THAN 12 MONTHS PRIOR TO ANY DATE. I HAVE TRIED TO ACCESS THE ACCOUNTS ONLINE FOR ALL OF 2008 WITH NO SUCCESS. I HAVE ALSO REQUESTED THE INFORMATION FROM THE BROKER HANDLING ███████ ACCOUNT. IN RESPONSE TO THE LATTER REQUEST, I DID RECEIVE A PRINT OUT LISTING EQUITIES TRADED WITHOUT ITEMIZING WHETHER THE TRANSACTION WAS A TOTAL OR PARTIAL SALE OR WHETHER ANY ACQUISITION WAS A NEW ADDITION TO THE IRA OR A PURCHASE OF ADDITIONAL EQUITIES OF A COMPANY ALREADY IN THE ACCOUNT

I HAVE TRIED MY BEST TO COMPLETE THIS FORM AS ACCURATELY AS THE INFORMATION AT MY DISPOSAL ALLOWS. WHERE A SALE OCCURRED AND I COULD NOT DETERMINE IF IT WAS A PARTIAL OR TOTAL SALE, I SIMPLY INDICATED "SALE" AND WILL TREAT IT ACCORDINGLY, AS THOUGH THE SECURITY IS STILL HELD - UNLESS I CAN CONFIRM THAT IT IS NO LONGER HELD IN THAT IRA ACCOUNT, OR ANY OTHER ACCOUNT.

I KNOW THAT THIS IS LESS THAN PERFECT, BUT I BELIEVE IT TO BE CONSISTENT WITH THE AFOREMENTIONED LIMITATIONS AS WELL AS THE INTENT OF MAINTAINING INTEGRITY AND AVOIDING CONFLICTS (REAL AND APPARENT) OF INTEREST.

IN THAT REGARD, YOU WILL NOTE THAT I HAVE USED THIS SECTION TO AMEND PRIOR REPORTS BASED ON INFORMATION THAT I WAS ABLE TO OBTAIN IN THE COURE OF PREPARING THIS REPORT THAT WAS INADVERTENTLY OMITTED FROM REPORTS IN VARIOUS PRIOR YEARS. I TRUST THAT THIS SUFFICES TO SATISFACTORILY AMEND THOSE PRIOR REPORTS.

| Name of Person Reporting | Date of Report |
|---|---|
| McKee, Theodore A. | 09/10/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFUL[...]R FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544